UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHAS WILLIAMS, | : | |
|      Plaintiff, | : | |
| | : | |
|     v. | : | CASE NO. 3:16-cv-1473 (VAB) |
| | : | |
| JOHN TARASCIO, | : | |
|      Defendant. | : | |

<u>ORDER OF DISMISSAL</u>

On September 8, 2016, the Court issued a Notice of Insufficiency informing the petitioner, Chas Williams, that his pending Motion for Leave to Proceed *In Forma Pauperis* was deficient in that he failed to submit a copy of his inmate trust account statement.  ECF No. 7. Mr. Williams was notified that failure to correct these deficiencies by September 29, 2016, would result in his case being dismissed by the Court.

To date, Mr. Williams has not submitted the required document or sought an extension of time within which to do so.

Accordingly, this matter is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.  Mr. Williams may move to reopen the case provided he can demonstrate good cause for failing to comply with the court's order.  A copy of his inmate trust account statement must accompany any motion to reopen.

    **SO ORDERED.**

Dated this 10th day of November, 2016, at Bridgeport, Connecticut.

                        ___ /s/ Victor A. Bolden         _____
                        Victor A. Bolden
                        United States District Judge